IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Debra Gail Hammond, | C/A No.: 0:17-cv-02049-TLW |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| Nancy A. Berryhill, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Debra Gail Hammond brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the Commissioner of Social Security's final decision denying Plaintiff's claims for disability insurance benefits. ECF No. 1. This matter is before the Court for review of the Report and Recommendation (R&R) filed by United States Magistrate Judge Gossett, ECF No. 22, to whom this case was previously assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), (D.S.C.). In the R&R, the Magistrate Judge recommends affirming the decision of the Commissioner. Neither party filed objections to the R&R.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's R&R to which a specific objection is registered and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. *See* 28 U.S.C. § 636. In the absence of objections to the R&R, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

In light of the standard above, this Court has carefully reviewed the Magistrate Judge's R&R. Noting that no objections were received, the R&R is hereby **ACCEPTED**. For the reasons articulated by the Magistrate Judge, the Commissioner's decision is affirmed.

**IT IS SO ORDERED**.

                                               *s/Terry L. Wooten*
                                               Terry L. Wooten
                                               Chief United States District Judge

January 25, 2019
Columbia, South Carolina